UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SANDRA KELLOGG MORNEAU        CIVIL ACTION NO. 11-cv-1805

VERSUS                        JUDGE STAGG

MARK D. SIMS, ET AL           MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motions to Dismiss (Docs. 12 and 17) are **granted** by transferring venue of this action to the Western District of Arkansas, where it likely should be assigned to the Texarkana Division based on the events at issue occurring in Miller County.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___6th___ day of ___September___, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE