IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


SANDRA KELLOGG MORNEAU                                                    PLAINTIFF


VS.                                   CASE NO. 12-CV-4109


MARK D. SIMS, *et al.*                                                   DEFENDANTS


## ORDER

The record in this case shows that Plaintiff Sandra Kellogg Morneau is represented by an attorney, Daniel Robert Keele, who has not been admitted to practice in the Western District of Arkansas.  Mr. Keele, however, has notified the Court that currently he does not represent Plaintiff Morneau.  Plaintiff Morneau has thirty (30) days from the entry of this order to obtain new counsel. Plaintiff Morneau shall notify the Court of her new counsel within thirty (30) days of this order or the Court will assume that she is proceeding *pro se*.

There are currently three pending motions in this case to which Plaintiff Morneau has failed to respond: (1) Motion for Summary Judgment by Duke Schofield, Ron Stovall, and Robert Tibbit; (2) Motion for Summary Judgment by Mark Sims; and (3) Motion for Summary Judgment by Jeffrey Clay Raborn, Jackie Runion, and Justin Smith.  (ECF Nos. 76, 81, and 86).  The Court will give Plaintiff Morneau until January 3, 2013, to respond to these motions.  A failure to respond to the summary judgment motions could result in the Court granting the motions and dismissing this action with prejudice.  *See* Fed. R. Civ. P. 41(b); *Holly v. Anderson*, 467 F.3d 1120, 1121 (8th Cir. 2006). The trial in this case has been set for the week of February 24, 2013.

The Clerk of the Court is directed to mail a copy of this order to Plaintiff along with a

Manual for *Pro Se* Litigants.  Plaintiff's address is as follows:

Sandra Kellogg Morneau
6920 Redbud Lane
Ida, LA 71044

**IT IS SO ORDERED**, this 21st day of November, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge