IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**SANDRA KELLOG MORNEAU**                                                        PLAINTIFF

v.                                    Case No. 4:12-cv-4109

**MARK D. SIMS, et al**                                                          DEFENDANT

## ORDER

On December 5, 2013, the Honorable Susan O. Hickey referred a Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 91) and Motion to Appoint Counsel (ECF No. 92) to the undersigned. Pursuant to 28 U.S.C. § 455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." In this case the undersigned has long time friendship with one of the Defendants and feels recusal is appropriate.

The undersigned therefore disqualifies himself from further participation in this case.

**SIGNED** this **23rd day of December 2013.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE